**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COURTNEY VOYTON,** | : | **No. 3:26cv27** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| | : | |
| **v.** | : | **(Chief Magistrate Judge Bloom)** |
| | : | |
| **JOSEPH VOYTON, *et al.*,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, to wit, this 11 day of August, 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff Courtney Voyton's objections to the report and recommendation ("R&R"), (Doc. 11), are **OVERRULED;**
2) The R&R, (Doc. 10), is **ADOPTED**;
3) Plaintiff's complaint, (Doc. 1), is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim;
4) Plaintiff's motion for in forma pauperis, (Doc. 2), is conditionally granted for screening purposes;
5) Plaintiff's motion for injunctive relief, (Doc. 4), is **DENIED**;
6) Plaintiff's motion to appoint counsel, (Doc. 6) is **DENIED;**
7) Plaintiff may file an amended complaint within 21 days of the date of this order;

8) With all future filings, plaintiff shall file an affidavit or declaration under 28 U.S.C. § 1746:

   a. Identifying the artificial intelligence tool used; and

   b. Certifying that she has reviewed each citation to legal authority or to the record and that she has personally checked the accuracy of the citation and the proposition for which it is offered; and

9) If plaintiff does not file an amended complaint in accordance with this order, the federal claims asserted in this action may be dismissed with prejudice for failure to prosecute and failure to comply with a court order without any further notice to the plaintiff.

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**